AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HULL, FRANK M. | U.S.CT OF APPEALS-11TH CIRCUIT | 06/02/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.CT OF APPEALS JUDGE-ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ▬▬▬▬▬▬▬▬ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Undev. Real Estate: Henry Cty, GA | | None | M | W | | | | | |
| 2. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | M | W | | | | | |
| 3. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | M | W | | | | | |
| 4. Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5. MERRILL LYNCH ACCT (with following) (H): | | | | | | | | | |
| 6. -CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 7. -ML Bank Deposit Program (Cash Acct) | A | Interest | N | T | Open | 08/11/15 | N | | |
| 8. -Preferred Deposit (Cash Acct) | A | Interest | N | T | Open | 08/11/15 | N | | |
| 9. -ISA BB&T Co (Cash Acct) | A | Interest | K | T | Open | 08/11/15 | K | | |
| 10. -ISA Capital One Bank (Cash Acct) | A | Interest | M | T | Open | 08/11/15 | M | | |
| 11. MERRILL LYNCH-IRA ACCT (with following) (H): | | | | | | | | | |
| 12. -Bank of America (f/k/a FIA Card Services) (Cash Acct) | A | Int./Div. | K | T | | | | | |
| 13. -MUTUAL FUNDS (H): | | | | | | | | | |
| 14. -Altegris Managed Futures (MFTIX) | A | Int./Div. | J | T | | | | | |
| 15. -AQR Diversified (ADAIX) | A | Int./Div. | J | T | | | | | |
| 16. -Arbitrage Funds (ARBNX) | A | Int./Div. | J | T | | | | | |
| 17. -Blackrock Global (BGCIX) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Driehaus Emerging Mkts (DRESX) | | None | J | T | | | | | |
| 19. -Driehaus Active Income Fund (LCMAX) | A | Int./Div. | J | T | | | | | |
| 20. -First Eagle Gold Mutual Fund | | None | K | T | | | | | |
| 21. -Gotham Absolute Return (GARIX) | | None | J | T | | | | | |
| 22. -JP Morgan Strategic (JSOSX) | A | Int./Div. | J | T | | | | | |
| 23. -Mainstay Marketfield (MFLDX) | | None | J | T | | | | | |
| 24. -Neuberger Berman Long (NLSIX) | A | Int./Div. | J | T | | | | | |
| 25. -Pimco All Asset (PAUPX) | A | Int./Div. | J | T | | | | | |
| 26. -VanGuard Intermediate Term Bond | A | Int./Div. | K | T | | | | | |
| 27. -VanGuard Short Term Bond | A | Int./Div. | K | T | | | | | |
| 28. -Wells Fargo Adv Absolute (WABIX) | A | Int./Div. | J | T | | | | | |
| 29. -STOCKS (H): | | | | | | | | | |
| 30. -Actavis Plc (ACT) | | None | | | Closed | 06/15/15 | J | | exchg'd for AGN (line 31) |
| 31. -Adobe (ADBE) | | None | J | T | | | | | |
| 32. -Affiliated Managers Grp (AMG) | | None | J | T | | | | | |
| 33. -Allergan (AGN) | | | | | Spinoff (from line 30) | 06/15/15 | J | | see line 28 |
| 34. | | None | | | Sold | 12/23/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Alphabet (GOOG) | | None | J | | Spinoff (from line 56) | 10/05/15 | J | | see line 54 |
| 36. -Alphabet (GOOGL) | | None | J | | Spinoff (from line 57) | 10/05/15 | J | | see line 55 |
| 37. -Amazon.com (AMZN) | | None | J | T | Buy (add'l) | 12/24/15 | J | | |
| 38. -Anadarko Pete Corp (APC) | A | Int./Div. | J | T | | | | | |
| 39. -Apple Inc (AAPL) | A | Int./Div. | J | T | | | | | |
| 40. -Avago Technologies Ltd (AVGO) | A | Int./Div. | J | T | | | | | |
| 41. -Autozone (AZO) | | None | J | T | Buy | 12/23/15 | J | | |
| 42. -Boeing Co (BA) | A | Int./Div. | J | T | | | | | |
| 43. -Borg Warner Inc (BWA) | | | | | Buy (add'l) | 03/05/15 | J | | |
| 44. | A | Int./Div. | | | Sold | 12/23/15 | J | | |
| 45. -Caterpillar Inc (CAT) | A | Int./Div. | J | T | | | | | |
| 46. -Celgene Corp (CELG) | | None | J | T | Buy (add'l) | 03/05/15 | J | | |
| 47. -Costco Wholesale (COST) | A | Int./Div. | J | T | | | | | |
| 48. -Danaher Corp (DHR) | A | Int./Div. | J | T | Buy | 12/23/15 | J | | |
| 49. -Dicks Sporting Goods (DKS) | A | Int./Div. | J | T | | | | | |
| 50. -Discovery Communication (DISCA) | | None | | | Sold | 03/05/15 | J | | |
| 51. -Discovery Communication (DISCK) (recd from DISCA) | | None | | | Sold | 03/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Express Scripts (ESRX) | | None | J | T | | | | | |
| 53. -Facebook (FB) | | None | J | T | Buy | 12/23/15 | J | | |
| 54. -FedEx Corp (FDX) | A | Int./Div. | J | T | | | | | |
| 55. -Gilead Sciences Inc (GILD) | | None | | | Sold | 03/05/15 | J | B | |
| 56. -Google Inc (GOOG) | | None | | | Closed | 10/05/15 | J | | exchg'd for Alphabet (L33) |
| 57. -Google Inc (GOOGL) (recd from GOOG) | | None | | | Closed | 10/05/15 | J | | exchg'd for Alphabet (L34) |
| 58. -Honeywell Intl Inc (HON) | A | Int./Div. | J | T | | | | | |
| 59. -Montsanto Co (MON) | A | Int./Div. | J | T | | | | | |
| 60. -Mylan (MYL) | | None | J | T | Buy | 12/23/15 | J | | |
| 61. -Noble Energy (NBL) | A | Int./Div. | | | Sold | 12/23/15 | J | | |
| 62. -Pioneer Natural Res (PXD) | A | Int./Div. | J | T | | | | | |
| 63. -Precision Castparts (PCP) | A | Int./Div. | | | Sold | 12/23/15 | J | | |
| 64. -Salesforce.com (CRM) | | None | J | T | | | | | |
| 65. -Stericycle Inc (SRCL) | | None | J | T | Buy | 12/23/15 | J | | |
| 66. -Thermo Fisher Scientific (TMO) | A | Int./Div. | J | T | | | | | |
| 67. -Twitter (TWTR) | | None | J | T | | | | | |
| 68. -VMWare (VMW) | | None | | | Sold | 12/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Whole Foods Mkt Inc (WFM) | A | Int./Div. | | | Sold | 12/23/15 | J | | |
| 70. -Zoetis Inc (ZTS) | A | Int./Div. | J | T | | | | | |
| 71. MERRILL LYNCH-ACCT #2 (with following) (H): | | | | | | | | | |
| 72. CDs/CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 73. -American Express (CD) | C | Int./Div. | M | T | | | | | |
| 74. -Discover Bank (CD) | B | Int./Div. | L | T | | | | | |
| 75. -GE Capital Bank (CD) | C | Int./Div. | M | T | Buy (add'l) | 05/15/15 | M | | |
| 76. -Sallie Mae Bank (CD) | B | Int./Div. | L | T | | | | | |
| 77. -US Trsy Inflation Note | B | Int./Div. | M | T | | | | | |
| 78. -Goldman Sachs Bk (CD) | B | Int./Div. | M | T | Buy | 05/15/15 | M | | |
| 79. -STOCKS (H): | | | | | | | | | |
| 80. -ABBVIE Inc (ABBV) | A | Int./Div. | K | T | Buy (add'l) | 07/08/15 | J | | |
| 81. -Anheuser-Busch (BUD) | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 82. -Automatic Data Proc (ADP) | | | | | Buy (add'l) | 03/05/15 | J | | |
| 83. | A | Int./Div. | K | T | Buy (add'l) | 07/08/15 | J | | |
| 84. -AMN Elec Power Co (AEP) | A | Int./Div. | J | T | | | | | |
| 85. -Anadarko Pete Corp (APC) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Astrazeneca Plc (AZN) | | | | | Buy | 03/05/15 | J | | |
| 87. | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 88. -AT&T Inc (T) | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 89. -BCE Inc (BCE) | A | Int./Div. | | | Sold | 03/02/15 | J | A | |
| 90. -Biogen (BIIB) | | None | L | T | | | | | |
| 91. -Bristol-Myers Squibb Co (BMY) | A | Int./Div. | | | Sold | 03/02/15 | J | C | |
| 92. -California Resources (CRC) | A | Int./Div. | | | Sold | 12/30/15 | J | | |
| 93. -Care Capital Properties (CCP) | | | | | Buy | 07/02/15 | J | | |
| 94. | A | Int./Div. | | | Sold | 12/30/15 | J | | |
| 95. -Caterpillar (CAT) | A | Int./Div. | | | Sold | 12/30/15 | K | | |
| 96. -CDK Global (CDK) | A | Int./Div. | | | Sold | 03/02/15 | J | A | |
| 97. -CenturyLink Inc (CTL) | | | | | Buy | 03/05/15 | J | | |
| 98. | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 99. -Chemours Co. (CC) | | | | | Buy | 07/08/15 | J | | |
| 100. | A | Int./Div. | | | Sold | 12/30/15 | J | | |
| 101. -Coca-Cola Co (KO) | A | Int./Div. | K | T | Buy (add'l) | 07/08/15 | J | | |
| 102. -Digital Realty (DLR) | A | Int./Div. | K | T | Buy (add'l) | 07/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Dominion Res Inc (D) | A | Int./Div. | J | T | Buy | 07/08/15 | J | | |
| 104.  -Du Pont E I De Nemours (DD) | A | Int./Div. | J | T | | | | | |
| 105.  -Eli Lilly & Co (LLY) | A | Int./Div. | K | T | Buy | 12/30/15 | K | | |
| 106.  -General Electric (GE) | A | Int./Div. | K | T | Buy (add'l) | 07/08/15 | J | | |
| 107.  -Halyard Health (HYH) | | None | | | Sold | 03/02/15 | J | A | |
| 108.  -Hess Corp (HES) | A | Int./Div. | J | T | | | | | |
| 109.  -Intel Corp (INTC) | A | Int./Div. | K | T | Buy (add'l) | 07/08/15 | J | | |
| 110.  -JP Morgan Chase (JPM) | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 111.  -Kimberly Clark (KMB) | | | | | Buy (add'l) | 03/05/15 | J | | |
| 112. | A | Int./Div. | K | T | Buy (add'l) | 07/08/15 | J | | |
| 113.  -Kraft Heinz Co (KHC) (fmr Kraft Foods Grp KRFT) | | | | T | Buy (add'l) | 07/08/15 | J | | KRFT exchg'd for KHC |
| 114. | A | Int./Div. | J | T | | | | | |
| 115.  -Lockheed Martin Corp (LMT) | A | Int./Div. | K | T | Buy (add'l) | 07/08/15 | J | | |
| 116.  -McDonalds Corp (MCD) | A | Int./Div. | K | T | Buy (add'l) | 07/08/15 | J | | |
| 117.  -Merck and Co (MRK) | A | Int./Div. | J | T | | | | | |
| 118.  -National Oilwell Varco (NOV) | A | Int./Div. | J | T | | | | | |
| 119.  -Nextera Energy (NEE) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Occidental Pete Corp (OXY) | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 121.  -Paccar Inc (PCAR) | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 122.  -PPL Corp (PPL) | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 123.  -Procter & Gamble Co (PG) | A | Int./Div. | J | T | | | | | |
| 124.  -Schlumberger Ltd (SLB) | A | Int./Div. | K | T | | | | | |
| 125.  -Spectra Energy Corp (SE) | A | Int./Div. | J | T | | | | | |
| 126.  -Talen Energy Corp (TLN) | | | | | Buy | 06/10/15 | J | | |
| 127. | | None | | | Sold | 12/30/15 | J | | |
| 128.  -Thomson Reuters Corp (TRI) | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 129.  -Toronto Dominion Bank (TD) | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 130.  -Ventas Inc (VTR) | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 131.  -Verizon Communications (VZ) | A | Int./Div. | J | T | Buy (add'l) | 07/08/15 | J | | |
| 132.  % Stock Owner: ▓▓▓▓ | | None | | | Sold | 12/15/15 | K | | |
| 133.  MERRILL LYNCH-IRA ACCT (with following holdings) (H): | | | | | | | | | |
| 134.  -CDs/CASH EQUIVALENT ACCTS (H): | | | | | | | | | |
| 135.  -Ally Bank (Cash Acct) | B | Int./Div. | | | Redeemed | 08/20/15 | L | | |
| 136.  -Bank of America (Cash Acct) (X) | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -CD Discover Bank | A | Int./Div. | K | T | | | | | |
| 138. -CD American Express Centurion | C | Int./Div. | M | T | Buy | 05/12/15 | N | | |
| 139. -CD Goldman Sachs Bank | B | Int./Div. | M | T | Buy | 05/12/15 | M | | |
| 140. -CORP BONDS (H): | | | | | | | | | |
| 141. -Amgen | A | Int./Div. | J | T | | | | | |
| 142. -Astrazeneca | B | Int./Div. | K | T | | | | | |
| 143. -Bank of New York Co | B | Int./Div. | | | Redeemed | 03/16/15 | K | | |
| 144. -Berkshire Hathaway Fin | B | Int./Div. | K | T | | | | | |
| 145. -Gen Elec Cap Crp | B | Int./Div. | K | T | | | | | |
| 146. -General Electric Co | B | Int./Div. | K | T | | | | | |
| 147. -Oracle Corp | B | Int./Div. | K | T | | | | | |
| 148. -Pioneer Natural Resource | B | Int./Div. | K | T | | | | | |
| 149. -USD Toronto Dom Bank | A | Int./Div. | K | T | | | | | |
| 150. -MUTUAL/INDEX FUNDS (H): | | | | | | | | | |
| 151. -Calamos Market Neutral Fund (CMNIX) | B | Int./Div. | M | T | | | | | |
| 152. -iShares MSCI CDA Index Fund (EWC) | A | Int./Div. | K | T | | | | | |
| 153. -iShares MSCI Germany Index Fund (EWG) | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -iShares Trust S&P Midcap 400 Index Fund (IJH) | B | Int./Div. | M | T | | | | | |
| 155. -iShares S&P SmallCap 600 Index Fund (IJR) | B | Int./Div. | L | T | | | | | |
| 156. -iShares NASDAQ BioTech Index Fund (IBB) | A | Int./Div. | L | T | | | | | |
| 157. -iShares MSCI EAFE Index Fund (EFA) | B | Int./Div. | L | T | | | | | |
| 158. -iShares S&P Global Infrastr (IGF) | B | Int./Div. | K | T | | | | | |
| 159. -SPDR DJ Global Titans (DGT) | A | Int./Div. | K | T | | | | | |
| 160. -VanGuard Information Tech ETF (VGT) | A | Int./Div. | K | T | | | | | |
| 161. -VanGuard MSCI Emerging Mrkts ETF (VWO) | B | Int./Div. | K | T | | | | | |
| 162. -STOCKS (H): | | | | | | | | | |
| 163. -Ace Limited (ACE) | B | Int./Div. | L | T | Buy (add'l) | 04/13/15 | K | | |
| 164. -Amer Express Co (AXP) | A | Int./Div. | | | Sold | 03/05/15 | K | D | |
| 165. -American Wtr Wks Co (AWK) | B | Int./Div. | L | T | | | | | |
| 166. -Automatic Data Proc (ADP) | B | Int./Div. | L | T | Buy (add'l) | 03/05/15 | K | | |
| 167. -Baker Hughes (BHI) | A | Int./Div. | J | T | | | | | |
| 168. -BP (BP) | A | Int./Div. | | | Sold | 12/23/15 | J | | |
| 169. -Blackrock (BLK) | A | Int./Div. | K | T | Buy | 03/05/15 | K | | |
| 170. -Cardinal Health Inc (CAH) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Caterpillar Inc (CAT) | A | Int./Div. | K | T | | | | | |
| 172. -CDK Global (CDK) | A | Int./Div. | | | Sold | 03/05/15 | K | D | |
| 173. -CitiGroup Inc (C) | A | Int./Div. | K | T | | | | | |
| 174. -Comcast Corp (CMCSA) | A | Int./Div. | K | T | | | | | |
| 175. -Costco Wholesale (COST) | A | Int./Div. | K | T | | | | | |
| 176. -CVS Caremark Corp (CVS) | B | Int./Div. | L | T | | | | | |
| 177. -Danaher Corp (DHR) | A | Int./Div. | J | T | Buy | 12/29/15 | J | | |
| 178. -Devon Energy Corp (DVN) | A | Int./Div. | K | T | Buy | 04/13/15 | L | | |
| 179. -Diageo Plc Spsd (DEO) | B | Int./Div. | K | T | | | | | |
| 180. -Dominion Res Inc (D) | B | Int./Div. | L | T | | | | | |
| 181. -Ecolab Inc (ECL) | A | Int./Div. | K | T | Buy | 12/29/15 | K | | |
| 182. -Emerson Elec (EMR) | A | Int./Div. | K | T | | | | | |
| 183. -Enbridge Inc (ENB) | B | Int./Div. | K | T | | | | | |
| 184. -FedEx Corp Delaware (FDX) | A | Int./Div. | K | T | | | | | |
| 185. -Hess Corp (HES) | A | Int./Div. | K | T | | | | | |
| 186. -Hewlett Packard Co (now HP Inc) (HPQ) | A | Int./Div. | | | Sold | 12/23/15 | K | | |
| 187. -Honeywell Intl (HON) | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Johnson and Johnson (JNJ) | B | Int./Div. | K | T | | | | | |
| 189. -Lockheed Martin Corp (LMT) | B | Int./Div. | L | T | Buy | 12/29/15 | L | | |
| 190. -McDonalds Corp (MCD) | B | Int./Div. | L | T | | | | | |
| 191. -Microsoft Corp (MSFT) | A | Int./Div. | K | T | Buy | 12/29/15 | K | | |
| 192. -Nike Inc (NKE) | A | Int./Div. | L | T | | | | | |
| 193. -Oracle Corp (ORCL) | B | Int./Div. | L | T | | | | | |
| 194. -Price T Rowe Group (TROW) | A | Int./Div. | K | T | | | | | |
| 195. -Schlumberger Ltd (SLB) | A | Int./Div. | K | T | | | | | |
| 196. -St Jude Medical Inc (STJ) | B | Int./Div. | L | T | | | | | |
| 197. -Thermo Fisher Scientific (TMO) | A | Int./Div. | K | T | | | | | |
| 198. -Tiffany & Co (TIF) | A | Int./Div. | K | T | | | | | |
| 199. -United Techs Corp (UTX) | B | Int./Div. | | | Sold | 12/23/15 | L | E | |
| 200. -Valero Energy Corp (VLO) | C | Int./Div. | | | Sold | 04/13/15 | L | E | |
| 201. -Verizon (VZ) | C | Int./Div. | L | T | | | | | |
| 202. -VISA (V) | A | Int./Div. | K | T | | | | | |
| 203. Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Int./Div. | J | W | | | | | |
| 204. Real Estate: Ltd Partner, 179 Whitehall, Atlanta, GA | B | Int./Div. | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Undev. Real Estate: NC (#1 & #2) | | None | P1 | W | | | | | |
| 206.  Real Estate: Atlanta, GA (KP) | B | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK M. HULL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544